IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| PHYLLIS WEINSTEIN | |
| Plaintiff. | |
| v. | Civil Action Number 3:04CV645 |
| PVA I, LP, et al. | |
| Defendants. | |

## FINAL ORDER

THIS MATTER comes before the Court on Defendants PVA I, LP's d/b/a Sheraton Richmond West and the Procaccianti Group, LLC's, Motion for Summary Judgment. Upon due consideration, Defendants' Motion for Summary Judgment is GRANTED. Plaintiff Phyllis Weinstein's Complaint is hereby DISMISSED WITH PREJUDICE. Accordingly, the jury trial currently scheduled for Friday, April 29, 2005, at 9:30 a.m. is CANCELLED. A memorandum opinion detailing the Court's reasons for granting Defendants' motion shall follow.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

    /s/ James R. Spencer
JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE

APR 21, 2005
DATE